KIM R. WALMSLEY
Chief U.S. Probation Officer
LEE J. SAN NICOLAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 13-00063-001 |
| Plaintiff, | ) | |
| | ) | SECOND SUPPLEMENTAL |
| | ) | DECLARATION IN |
| vs. | ) | SUPPORT OF PETITION |
| | ) | |
| KENNETH FREDRICK CALVO, | ) | |
| Defendant. | ) | |

Re: Additional Violations of Supervised Release Conditions; Second Supplemental Declaration in Support of Petition

I, U.S. Probation Officer Lee J. San Nicolas, am the U.S. Probation Officer assigned to supervise the Court ordered conditions of supervised release for Kenneth Fredrick Calvo, and in this capacity, I declare as follows:

On April 17, 2023, a Petition for Revocation of Supervised Release was filed after Mr. Calvo failed to attend drug treatment sessions on March 20 and April 5, 2023, verbally admitted to daily use of "Meth" for two weeks with last use on April 7, 2023 and failed to notify probation officer of change in employment.

On April 18, 2023, Mr. Calvo appeared before the Honorable Michael J. Bordallo, Magistrate Judge, for an Initial Appearance hearing. At the request of defense counsel, an Answering hearing was scheduled for April 25, 2023.

On April 21, 2023, a Supplemental Declaration in Support of Petition was filed after Mr. Calvo failed to attend a drug treatment session on April 19, 2023.

On April 25, 2023, Mr. Calvo failed to appear at the Answering hearing. The Court was informed that Mr. Calvo submitted dilute urine samples for drug testing on April 11, 2023 and April 18, 2023.

Mr. Calvo is scheduled for a Continued Answering hearing on May 2, 2023.

Mr. Calvo is alleged to have committed the additional violations of 18 U.S.C. §3583(d):

<u>Special Condition</u>: *You must submit to substance abuse testing to determine if you have used a prohibited substance, not to exceed eight drug tests per month. You must not attempt to obstruct or tamper with the testing methods.*

On April 11, 2023, Mr. Calvo was subjected to drug testing at the Lighthouse Recovery Center (LRC), which was presumptive positive for the use of methamphetamine. Due to denial of illicit drug use, the urine specimen was sent to the national laboratory for confirmatory testing. The results were received on April 19, 2023,

revealed that his urine sample was dilute, with abnormal creatinine levels, which is indicative of the consumption of large amounts of fluids to evade a positive drug test result.

On April 18, 2023, Mr. Calvo was subjected to drug testing at the U.S. Probation Office, which was presumptive positive for the use of methamphetamine. Due to denial of illicit drug use, the urine specimen was sent to the national laboratory for confirmatory testing. The results were received on April 25, 2023, revealed that his urine sample was dilute, with abnormal creatinine levels.

Special Condition: *You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must make co-payment for the program at a rate to be determined by the U.S. Probation Office. During the course of substance abuse treatment, you must refrain from any intoxicating substances, to include but not limited to, illicit substances, marijuana, prescription medication not prescribed to you, alcoholic beverages., etc.*

On May 1, 2023, Christopher Francisco, drug treatment counselor from the Lighthouse Recovery Center, informed this Officer that Mr. Calvo failed to attend his drug treatment session at the Lighthouse Recovery Center on April 26, 2023.

Recommendation: The above information is respectfully submitted to supplement the Supplemental Declaration in Support of Petition filed on April 21, 2023, and for

consideration at a hearing scheduled for May 2, 2023. Mr. Calvo's term of supervised release is subject to mandatory revocation, pursuant to 18 U.S.C. §3583(g)(4), for testing positive for illegal controlled substances more than three times over the course of one year.

    I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

    Executed this 1st day of May 2023, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ LEE J. SAN NICOLAS
U.S. Probation Officer

Reviewed by:

 /s/ JOHN W. SAN NICOLAS II
Supervisory U.S. Probation Officer