# THIRD AMENDED VIOLATION WORKSHEET

1. Defendant   Kenneth Fredrick Calvo
2. Docket Number (Year-Sequence-Defendant No.)   CR13-00063-001
3. District/Office   Guam
4. Original Sentence Date   09 / 04 / 2014
   (month / day / year)

   (If different than above):
5. Original District/Office   _____
6. Original Docket Number (Year-Sequence-Defendant No.)   _____
7. List each violation and determine the applicable grade (see § 7B1.1(b)

| Violation(s) | Grade |
|---|---|
| Failed to attend drug treatment sessions on March 20 and April 5, 2023, April 19, 2023, **and April 26, 2023.** | **C** |
| Verbally admitted to daily use of Meth for two weeks with last use on April 7, 2023. | C |
| Failed to notify probation officer of change in employment. | C |
| 12A Petition filed on 1/25/23 – admit "meth" December 11 and 13, 2022 (ECF Doc. #121 and granted by Court ECF Doc. #123) | C |
| **Submitted dilute urine specimens on April 11, 2023 and April 18, 2023.** | **C** |

8. Most Serious Grade of Violation [see §7B1.1(b)]   C
9. Criminal History Category [see §7B1.4(a)]   III
10. Range of Imprisonment [see §7B1.4(a)]   5 to 11 months
11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

   ☒ (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

   ☐ (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

   ☐ (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Third Amended Violation Worksheet
Defendant: CALVO, Kenneth Fredrick
Page 2

12. Unsatisfied Conditions of Original Sentence

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($): | N/A | Community Confinement: | N/A |
    | Assessment Fee ($): | N/A | Home Detention: | N/A |
    | Other: | 50 hours of community service | Intermittent Confinement: | N/A |

13. Supervised Release

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: _____ to _____ months

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment [see 18 U.S.C. §3583(e) and §7B1.3(g)(2)].

    Period of supervised release to be served following release from imprisonment: 25 to 31 months

14. Departure

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. Official Detention Adjustment (see §7B1.3(e)):   0 months   0 days